IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,* | §<br>§<br>§ | |
| *v.* | §<br>§ | **6:21-CR-211-ADA** |
| **MATTHEW DWAYNE STONE,**<br>*Defendant.* | §<br>§<br>§<br>§ | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffery C. Manske. ECF No. 62. The report "**RECOMMENDS** that the Defendant be remanded and released back onto supervised release." ECF No. 62 at 3. The report and recommendation was filed on October 3, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). The Government waived their period for objections. ECF No. 59.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 62) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Defendant be remanded and released back onto supervised release.

**IT IS FINALLY ORDERED** that any future requests for revocation of supervised release be presented to Magistrate Judge Gilliland.

**SIGNED** this 3rd day of October, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE